# RANDALL L. SEAVER, TRUSTEE

SUITE 201
PARKWAY PLACE
101 WEST BURNSVILLE PARKWAY
BURNSVILLE, MN 55337

Telephone (952) 890-0888
Facsimile (952) 890-0244

February 14, 2001

Office of the Clerk
U.S. Bankruptcy Court
200 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

RE: Mary Jameen Mulready
BKY No. 00-34170

Dear Sir/Madam:

I am the Trustee in the above matter. It appears that monies may be available to pay dividend in this case. Accordingly, please provide the appropriate notice to creditors to file claims.

Very truly yours,

Randall L. Seaver
Trustee

RLS:kls
cc: United States Trustee

C:\randy\Trustee\Mulready\ltr to court re claims.wpd