MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 00-34170

In re:

Mary Jameen Mulready,　　　　　　　　　　　**NOTICE OF ABANDONMENT**

　　　　Debtor.

---------------------------------------------------

To:　　The United States Trustee, all creditors and other parties in interest.

On September 19, 2006 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtor named above will abandon property of the estate as follows: The Debtor scheduled a claim against Robert Ingalls as having a value of $13,000. The Trustee was advised that the obligation was owed for attorney's fees incurred by the Debtor in litigation against Robert Ingalls. The Debtor could not produce any documents to the Trustee indicating that she held any judgment against Mr. Ingalls. The Trustee hired Fuller, Seaver & Ramette, P.A. ("Firm") to pursue claims. The Trustee received information from the Debtor that Mr. Ingalls "lives in three states." The litigation between Mulready and Robert Ingalls involved a dispute over child custody and Mulready obtained a protective order. The paternity file in the case is located in Jefferson County, Colorado. The Firm finally obtained information regarding the Order. The Firm commenced an action against Robert Ingalls and obtained a judgment against him in the amount of $13,000. The Firm learned that the Debtor had transferred property in Missouri to his parents after commencement of the case against him. The Trustee sued the Firm in Bankruptcy Court, but the case was dismissed by Judge O'Brien. The Trustee hired Biorn Corporation to attempt to collect on the judgment to no avail. The Firm's fees and expenses in this matter exceed $7,400. Because further expenses would be incurred , the Trustee believes this to be of inconsequential value to creditors. Accordingly, the judgment is burdensome and of inconsequential value to the estate and will be abandoned.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 300 South Fourth Street, Suite 301 | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: August 23, 2005　　　　　　　　　　　　　　　　/e/ Randall L. Seaver
　　　　　　　　　　　　　　　　　　　　　　　　Randall L. Seaver, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　12400 Portland Avenue South, Suite 132
　　　　　　　　　　　　　　　　　　　　　　　　Burnsville, MN 55337
　　　　　　　　　　　　　　　　　　　　　　　　(952) 890-0888