MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) CHAPTER 7
) CASE NO. <u>00-34170-DDO</u>
Mulready, Mary Jameen )
) TRUSTEE'S FINAL REPORT AND
) PROPOSED DISTRIBUTION
Debtor (s) )

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>2,093.07</u>, disbursements of $<u>0.00</u>, and balance on hand of $<u>2,093.07</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of <u>Entity</u> | Nature of <u>Interest</u> | Proposed <u>Payment</u> |
|---|---|---|

5. The maximum allowable trustee compensation is $<u>523.27</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>523.27</u> for final compensation and an additional $<u>38.69</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

    (a)    $2,093.07, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 523.27 | 523.27 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 38.69 | 38.69 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 7,252.50 | 1,489.29 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 203.66 | 41.82 |
| | Total | 8,018.12 | 2,093.07 |

    (b)    $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

    (c)    $0.00, for unsecured creditors allowed in the total amount of $73,234.95, yielding a dividend of 0.0000000% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| AMERI PRIDE LINEN | 000009 | 316.44 | 0.00 |
| APPERTS FOOD SERVICE | 000005 | 2,290.87 | 0.00 |
| AUTO OWNERS | 000016 | 365.34 | 0.00 |
| BEADELL AGENCY INC | 000017 | 562.50 | 0.00 |
| CINDY JOHANNSEN | 000015 | 1,451.63 | 0.00 |
| CITY OF MADISON LAKE | 000001 | 28,471.25 | 0.00 |
| COUNTRYSIDE REFRIGERATION | 000011 | 252.53 | 0.00 |
| JANESVILLE UTILITIES | 000006 | 201.23 | 0.00 |
| MIDWEST ACCOUNTS SERVICE | 000012 | 2,014.11 | 0.00 |

| | | | |
|---|---|---:|---:|
| MIDWEST ACCOUNTS SERVICE* | 000013 | 0.01 | 0.00 |
| PEOPLES STATE BANK OF MADISON LAKE | 000014 | 28,446.49 | 0.00 |
| PEPSI COLA CO | 000002 | 937.64 | 0.00 |
| PROFESSIONAL CREDIT ANALYSTS | 000008 | 4,614.14 | 0.00 |
| REINHARDT FOODS | 000004 | 2,050.95 | 0.00 |
| SYSCO MN | 000003 | 844.36 | 0.00 |
| WATER KING | 000007 | 0.01 | 0.00 |
| XCEL ENERGY/NORTHERN STATES POWER C | 000010 | 415.45 | 0.00 |
| Total | | $73,234.95 | $0.00 |

     7.     The trustee's distribution of gross receipts of $2,093.07 from liquidation of all property of the estate is summarized below:

| | | | |
|---:|---|---|---|
| $ 523.27 | a. | Trustee Compensation | |
| $ 1,489.29 | b. | Fee for Attorney for Trustee | |
| $ 0.00 | c. | Fee for Attorney for Debtor | |
| $ 0.00 | d. | Other Professionals | |
| $ 80.51 | e. | <u>All</u> expenses, including Trustee and Court costs | |
| $ 0.00 | f. | Secured Creditors | |
| $ 0.00 | g. | Priority Creditors | |
| $ 0.00 | h. | Unsecured Creditors | |
| $ 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) | |
| $ 2,093.07 | j. | SUBTOTAL (sum of lines a through i) | |
| $ 0.00 | k. | Payments to Debtor (including payments of exemptions) | |
| $ 2,093.07 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) | |

     8.     The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

      WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: September 19, 2006         /e/ Randall L. Seaver
                                          RANDALL L. SEAVER, Trustee
                                          12400 PORTLAND AVENUE SOUTH
                                          SUITE 132
                                          BURNSVILLE, MN 55337
                                          (952) 890-0888


## REVIEW BY UNITED STATES TRUSTEE

      I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: November 15, 2006                           HABBO G. FOKKENA
                                          UNITED STATES TRUSTEE
                                          Region 12

                                          By: /s/ Lynn C. Stoltzman

| Case No: | 00-34170 DDO Judge: Dennis D. O'Brien | Trustee Name: | RANDALL L. SEAVER |
| --- | --- | --- | --- |
| Case Name: | Mulready, Mary Jameen | Date Filed (f) or Converted (c): | 10/16/00 (f) |
| | | 341(a) Meeting Date: | 11/28/00 |
| For Period Ending: 09/20/06 | | Claims Bar Date: | 05/16/01 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. BANK ACCOUNTS | 270.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. 1988 CADILLAC | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. VIDEO CAMERA | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. OLD RECORDS AND COOK BOOKS | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. DIAMOND PIN | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. PEARL NECKLACE | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. BIKE, STROLLER, EXERCISE BIKE | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. ACCOUNTS RECEIVABLE - ROBERT INGALLS | 13,000.00 | 3,000.00 | OA | 0.00 | FA |
| NOT COLLECTIBLE | | | | | |
| 12. CHILD SUPPORT | 407.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. LAWSUIT VS. PEOPLES STATE BANK (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 93.07 | FA |

LFORM1

Ver: 11.60a

Case No: 00-34170    DDO    Judge: Dennis D. O'Brien      Trustee Name: RANDALL L. SEAVER
Case Name: Mulready, Mary Jameen      Date Filed (f) or Converted (c): 10/16/00 (f)
     341(a) Meeting Date: 11/28/00
     Claims Bar Date: 05/16/01

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. REAL ESTATE  Lien exceeds value.  Debtor Claimed Exemption | 125,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $ 144,527.00    $ 5,000.00    $ 2,093.07    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee trying, so far unsuccessfully, to get attorney to pursue collection. Collection agent unsuccessful. If not able to collect, may abandon.

Initial Projected Date of Final Report (TFR): 07/31/01     Current Projected Date of Final Report (TFR): 03/31/06

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | | |
|---|---|---|
| Case No: | 00-34170 -DDO | |
| Case Name: | Mulready, Mary Jameen | |
| Taxpayer ID No: | *******3884 | |
| For Period Ending: | 09/20/06 | |

| | | |
|---|---|---|
| Trustee Name: | RANDALL L. SEAVER | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0279 Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 20,248,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/01 | 13 | Peoples State Bank of Madison Lake P.O. Box 218 Madison, MN 56063 | Settlement of lawsuit vs. bank | 1249-000 | 2,000.00 | | 2,000.00 |
| 02/28/01 | 14 | NATIONSBANK | Interest Rate 2.350 | 1270-000 | 1.02 | | 2,001.02 |
| 03/30/01 | 14 | NATIONSBANK | Interest Rate 2.350 | 1270-000 | 3.87 | | 2,004.89 |
| 04/30/01 | 14 | NATIONSBANK | Interest Rate 2.350 | 1270-000 | 4.01 | | 2,008.90 |
| 05/31/01 | 14 | NATIONSBANK | Interest Rate 2.350 | 1270-000 | 4.01 | | 2,012.91 |
| 06/29/01 | 14 | NationsBank | Interest Rate 2.100 | 1270-000 | 3.36 | | 2,016.27 |
| 07/31/01 | 14 | NationsBank | Interest Rate 2.100 | 1270-000 | 3.72 | | 2,019.99 |
| 08/31/01 | 14 | NationsBank | Interest Rate 2.100 | 1270-000 | 3.61 | | 2,023.60 |
| 09/28/01 | 14 | NationsBank | Interest Rate 2.100 | 1270-000 | 3.26 | | 2,026.86 |
| 10/31/01 | 14 | NationsBank | Interest Rate 2.100 | 1270-000 | 3.85 | | 2,030.71 |
| 11/30/01 | 14 | NationsBank | Interest Rate 1.500 | 1270-000 | 2.94 | | 2,033.65 |
| 12/31/01 | 14 | NationsBank | Interest Rate 1.500 | 1270-000 | 2.59 | | 2,036.24 |
| 01/31/02 | 14 | NationsBank | Interest Rate 1.500 | 1270-000 | 2.60 | | 2,038.84 |
| 02/28/02 | 14 | NationsBank | Interest Rate 1.500 | 1270-000 | 2.35 | | 2,041.19 |
| 03/29/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.14 | | 2,043.33 |
| 04/30/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.02 | | 2,045.35 |
| 05/31/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.08 | | 2,047.43 |
| 06/28/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.01 | | 2,049.44 |
| 07/31/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.09 | | 2,051.53 |
| 08/30/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.08 | | 2,053.61 |
| 09/30/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.03 | | 2,055.64 |
| 10/31/02 | 14 | NationsBank | Interest Rate 1.200 | 1270-000 | 2.10 | | 2,057.74 |
| 11/29/02 | 14 | NationsBank | Interest Rate 0.850 | 1270-000 | 1.67 | | 2,059.41 |
| 12/31/02 | 14 | NationsBank | Interest Rate 0.850 | 1270-000 | 1.49 | | 2,060.90 |
| 01/31/03 | 14 | NationsBank | Interest Rate 0.850 | 1270-000 | 1.49 | | 2,062.39 |

Page Subtotals    2,062.39    0.00

Ver: 11.60a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 00-34170 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | Mulready, Mary Jameen | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0279 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3884 | | |
| For Period Ending: | 09/20/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/03 | 14 | NationsBank | Interest Rate 0.850 | 1270-000 | 1.34 | | 2,063.73 |
| 03/31/03 | 14 | NationsBank | Interest Rate 0.500 | 1270-000 | 0.94 | | 2,064.67 |
| 04/30/03 | 14 | NationsBank | Interest Rate 0.500 | 1270-000 | 0.85 | | 2,065.52 |
| 05/30/03 | 14 | NationsBank | Interest Rate 0.500 | 1270-000 | 0.87 | | 2,066.39 |
| 06/30/03 | 14 | NationsBank | Interest Rate 0.500 | 1270-000 | 0.86 | | 2,067.25 |
| 07/31/03 | 14 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.35 | | 2,067.60 |
| 08/29/03 | 14 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.35 | | 2,067.95 |
| 09/30/03 | 14 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.34 | | 2,068.29 |
| 10/31/03 | 14 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.35 | | 2,068.64 |
| 11/28/03 | 14 | NationsBank | Interest Rate 0.200 | 1270-000 | 0.34 | | 2,068.98 |
| 12/31/03 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.18 | | 2,069.16 |
| 01/30/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,069.33 |
| 02/27/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,069.50 |
| 03/31/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.18 | | 2,069.68 |
| 04/30/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,069.85 |
| 05/28/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,070.02 |
| 06/30/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.18 | | 2,070.20 |
| 07/30/04 | 14 | NationsBank | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,070.37 |
| 08/31/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.18 | | 2,070.55 |
| 09/30/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,070.72 |
| 10/29/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,070.89 |
| 11/30/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.17 | | 2,071.06 |
| 12/31/04 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.18 | | 2,071.24 |
| 01/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.18 | | 2,071.42 |
| 02/28/05 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.40 | | 2,071.82 |
| 03/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.44 | | 2,072.26 |
| 04/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.42 | | 2,072.68 |
| 05/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.44 | | 2,073.12 |

Page Subtotals  10.73  0.00

LFORM24

Ver: 11.60a

| Case No: | 00-34170 -DDO | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | Mulready, Mary Jameen | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0279 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3884 | | | |
| For Period Ending: | 09/20/06 | | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/05 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.43 | | 2,073.55 |
| 07/29/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 0.43 | | 2,073.98 |
| 08/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.07 | | 2,075.05 |
| 09/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.02 | | 2,076.07 |
| 10/31/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.06 | | 2,077.13 |
| 11/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.02 | | 2,078.15 |
| 12/30/05 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.05 | | 2,079.20 |
| 01/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 1.06 | | 2,080.26 |
| 02/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.48 | | 2,081.74 |
| 03/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.77 | | 2,083.51 |
| 04/28/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.71 | | 2,085.22 |
| 05/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.78 | | 2,087.00 |
| 06/30/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.72 | | 2,088.72 |
| 07/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.77 | | 2,090.49 |
| 08/31/06 | 14 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 1.78 | | 2,092.27 |
| 09/16/06 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.80 | | 2,093.07 |
| 09/16/06 | | Transfer to Acct #*******4241 | Final Posting Transfer | 9999-000 | | 2,093.07 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,093.07 | 2,093.07 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,093.07 | |
| Subtotal | 2,093.07 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,093.07 | 0.00 | |

Page Subtotals    19.95    2,093.07

Ver: 11.60a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 00-34170 -DDO | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | Mulready, Mary Jameen | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4241 Checking - Non Interest |
| Taxpayer ID No: | *******3884 | | |
| For Period Ending: | 09/20/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/06 | | Transfer from Acct #*******0279 | Transfer In From MMA Account | 9999-000 | 2,093.07 | | 2,093.07 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 2,093.07 | 0.00 | 2,093.07 |
| Less: Bank Transfers/CD's | | 2,093.07 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********0279 | 2,093.07 | 0.00 | 0.00 |
| Checking - Non Interest - ********4241 | 0.00 | 0.00 | 2,093.07 |
| | 2,093.07 | 0.00 | 2,093.07 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,093.07    0.00

LFORM24

Ver: 11.60a

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,093.07 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $523.27 | $0.00 | $523.27 | $523.27 | $1,569.80 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $38.69 | $0.00 | $38.69 | $38.69 | $1,531.11 |
| 000018 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $7,252.50 | $0.00 | $7,252.50 | $1,489.29 | $41.82 |
| 000019 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $203.66 | $0.00 | $203.66 | $41.82 | $0.00 |
| 000001 | CITY OF MADISON LAKE | Unsec | 070 | $28,471.25 | $0.00 | $28,471.25 | $0.00 | $0.00 |
| 000002 | PEPSI COLA CO | Unsec | 070 | $937.64 | $0.00 | $937.64 | $0.00 | $0.00 |
| 000003 | SYSCO MN | Unsec | 070 | $844.36 | $0.00 | $844.36 | $0.00 | $0.00 |
| 000004 | REINHARDT FOODS | Unsec | 070 | $2,050.95 | $0.00 | $2,050.95 | $0.00 | $0.00 |
| 000005 | APPERTS FOOD SERVICE | Unsec | 070 | $2,290.87 | $0.00 | $2,290.87 | $0.00 | $0.00 |
| 000006 | JANESVILLE UTILITIES | Unsec | 070 | $201.23 | $0.00 | $201.23 | $0.00 | $0.00 |
| 000007 | WATER KING | Unsec | 070 | $0.01 | $0.00 | $0.01 | $0.00 | $0.00 |
| 000008 | PROFESSIONAL CREDIT ANALYSTS | Unsec | 070 | $4,614.14 | $0.00 | $4,614.14 | $0.00 | $0.00 |
| 000009 | AMERI PRIDE LINEN | Unsec | 070 | $316.44 | $0.00 | $316.44 | $0.00 | $0.00 |
| 000010 | XCEL ENERGY/NORTHERN STATES POWER CO | Unsec | 070 | $415.45 | $0.00 | $415.45 | $0.00 | $0.00 |
| 000011 | COUNTRYSIDE REFRIGERATION | Unsec | 070 | $252.53 | $0.00 | $252.53 | $0.00 | $0.00 |
| 000012 | MIDWEST ACCOUNTS SERVICE | Unsec | 070 | $2,014.11 | $0.00 | $2,014.11 | $0.00 | $0.00 |
| 000013 | MIDWEST ACCOUNTS SERVICE* | Unsec | 070 | $0.01 | $0.00 | $0.01 | $0.00 | $0.00 |
| 000014 | PEOPLES STATE BANK OF MADISON LAKE | Unsec | 070 | $28,446.49 | $0.00 | $28,446.49 | $0.00 | $0.00 |

# PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 000015 | CINDY JOHANNSEN | Unsec | 070 | $1,451.63 | $0.00 | $1,451.63 | $0.00 | $0.00 |
| 000016 | AUTO OWNERS | Unsec | 070 | $365.34 | $0.00 | $365.34 | $0.00 | $0.00 |
| 000017 | BEADELL AGENCY INC | Unsec | 070 | $562.50 | $0.00 | $562.50 | $0.00 | $0.00 |
| << Totals >> | | | | $81,253.07 | $0.00 | $81,253.07 | $2,093.07 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 00-34170 DDO
**Debtor:** Mulready, Mary Jameen

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $2,093.07

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $2,093.07 | 25% of First $5,000 | $523.27 |
| Less | - | $2,093.07 | ($1,250 Maximum) |  |
| Balance |  | $0.00 | 10% of Next $45,000 | $0.00 |
| Less | - | $0.00 | ($4,500 Maximum) |  |
| Balance |  | $0.00 | 5% of Next $950,000 | $0.00 |
| Less | - | $0.00 | ($47,500 Maximum) |  |
| Balance |  | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $523.27
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$523.27**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| : CERTIFIED COPY COST 1 @ 10.00 | $10.00 |
| COPY: Photocopy/Duplication Expense 75 pages @ 0.25 / page | $18.75 |
| POST: Postage 22 each @ 0.39 / each | $8.58 |
| POST: Postage 1 each @ 1.36 / each | $1.36 |

TOTAL EXPENSES CALCULATED: $38.69
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$38.69**

==============
**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$561.96**

**DATED: 09/20/06**

SIGNED _____ TRUSTEE: RANDALL L. SEAVER
12400 PORTLAND AVENUE SOUTH

COMPDETL

Printed: 09/20/06 10:04 AM    Ver: 11.60a

# Compensation and Expenses Worksheet

**Case Number:** 00-34170 DDO
**Debtor:** Mulready, Mary Jameen

**SUITE 132**

**BURNSVILLE, MN  55337**